**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

TYREECE VERCHER

Debtor(s)

Case No. 11-07341

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/24/2011.

2) The plan was confirmed on 08/05/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/15/2016.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $18,550.00.

10) Amount of unsecured claims discharged without payment: $35,276.72.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $24,215.98 |
| Less amount refunded to debtor | $215.98 |
| **NET RECEIPTS:** | **$24,000.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,074.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $977.48 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,051.48** |
| Attorney fees paid and disclosed by debtor: | $426.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A2B CASH | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ACL LABORATORIES | Unsecured | 28.27 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST HOSPITAL | Unsecured | 15.78 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH CARE | Unsecured | 117.74 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SOUTH SUBURBAN | Unsecured | 271.73 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 500.00 | 551.59 | 551.59 | 109.40 | 0.00 |
| ASSOCIATED UROLOGICAL SPEC | Unsecured | 172.20 | NA | NA | 0.00 | 0.00 |
| ATT | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| BRISTER BROWN MD MARIE | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| CAROL JACKSON | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| CASH ADVANCE SERVICE | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,255.77 | 1,710.17 | 1,710.17 | 339.17 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 1,068.12 | 1,309.61 | 1,309.61 | 259.73 | 0.00 |
| COMPUTER CREDIT SERVICE | Unsecured | 99.08 | NA | NA | 0.00 | 0.00 |
| COMPUTER CREDIT SERVICE | Unsecured | 107.06 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 1,040.00 | NA | NA | 0.00 | 0.00 |
| CRICKET | Unsecured | 118.88 | NA | NA | 0.00 | 0.00 |
| FAST & RELIABLE CASH | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| FIRST RATE FINANCIAL | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 1,418.11 | 700.01 | 700.01 | 138.83 | 0.00 |
| HAWKINSON FORD | Unsecured | 277.63 | NA | NA | 0.00 | 0.00 |
| HEALTHCARE RECOVERIES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 100.00 | 61.00 | 61.00 | 61.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 14,500.00 | 13,714.91 | 13,714.91 | 2,720.05 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Priority | 8,000.00 | 8,864.92 | 8,864.92 | 8,864.92 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| JEROME ANTONY MD | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| JH STROGER HOSP OF COOK COUNT | Unsecured | 7.32 | NA | NA | 0.00 | 0.00 |
| L & M FINANCIAL LTD | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| LEADING EDGE RECOVERY SOLUTIC | Unsecured | 1,229.94 | NA | NA | 0.00 | 0.00 |
| LITTLE COMPANY OF MARY HOSPIT | Unsecured | 310.29 | NA | NA | 0.00 | 0.00 |
| MERRIONETTE PARK PHYS GROUP | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| METROPOLITAN GASTROENTEROLC | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| METROSOUTH MEDICAL CENTER | Unsecured | 496.00 | 715.90 | 715.90 | 141.98 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,015.00 | 1,036.66 | 1,036.66 | 205.60 | 0.00 |
| MIDWEST ORTHOPAEDICS AT RUSH | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| MITCHELL N KAY | Unsecured | 1,229.94 | NA | NA | 0.00 | 0.00 |
| MOHAMMAD RAZZAQUE MD | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | 1,000.00 | 1,000.00 | 198.33 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 621.00 | 671.80 | 671.80 | 133.24 | 0.00 |
| NORTHERN INDIANA PUBLIC SERVIC | Unsecured | 648.00 | 648.10 | 648.10 | 128.54 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING CC | Unsecured | 2.25 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 6,858.62 | 6,858.62 | 1,360.26 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Secured | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 206.16 |
| PREMIER BANKCARD/CHARTER | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 13.35 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULTANT | Unsecured | 29.40 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 51.85 | NA | NA | 0.00 | 0.00 |
| SEEKING SERENITY COUNSELING | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| SPOT ON LOANS | Unsecured | 300.00 | 410.00 | 410.00 | 81.31 | 0.00 |
| SUPERIOR ASSET MGMT | Unsecured | 980.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE FINANCIAL | Unsecured | 132.75 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF VETERANS AFF | Unsecured | 460.05 | NA | NA | 0.00 | 0.00 |
| VA CHICAGO HEALTHCARE | Unsecured | 8.60 | NA | NA | 0.00 | 0.00 |
| VISTA HEALTH | Unsecured | 224.08 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL CARD SVCS | Unsecured | 82.60 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,000.00 | $5,000.00 | $206.16 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,000.00** | **$5,000.00** | **$206.16** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,925.92 | $8,925.92 | $0.00 |
| **TOTAL PRIORITY:** | **$8,925.92** | **$8,925.92** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$29,327.37** | **$5,816.44** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,051.48 |
| Disbursements to Creditors | $19,948.52 |
| **TOTAL DISBURSEMENTS :** | **$24,000.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/05/2016                              By: /s/ Glenn Stearns
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**